

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2018

No. 04-17-00586-CV

Juan Garcia **MORENO,**
Appellant

v.

Juan Garcia **MORENO,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 1988-CI-17672
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file his brief is GRANTED. Appellee's brief is due February 20, 2018.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court